UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
__LAFAYETTE__ DIVISION

MARISELA VALDEZ HUERTA, CINDY
ALEJANDRA CABRERA HUICHO, ISY ELIZABETH
GONZALEZ VALENZUELA, PERLA YASMIN LAGARDA
HUERTA, MARTA ICELA FLORES GAXIOLA, MIRIAM
JOHANNA MENDIVIL TALAMANTE, AURORA MENDIVIL ARMENTA,

CASE NO. __11-1589__

**VERSUS**

JUDGE _____

L.T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST,
CATHERINE WEST, JOHN DOE 1, JOHN DOE 2

MAGISTRATE _____

O R D E R

IT IS ORDERED that __Caryn C. Lederer__ be and is hereby admitted to the bar of this Court pro hac vice on behalf of __Plaintiffs__ in the above described action.

Lafayette, Louisiana, September 1, 2011.

*[signature]*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE