UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AT LAFAYETTE

| | |
|---|---|
| MARISELA VALDEZ HUERTA, CINDY ALEJANDRA CABRERA HUICHO, ISY ELIZABETH GONZALEZ VALENZUELA, PERLA YASMIN LAGARDA HUERTA, MARTA ICELA FLORES GAXIOLA, MIRIAM JOHANA MENDIVIL TALAMANTE, AURORA MENDIVIL ARMENTA, Plaintiffs, v. L.T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST, CATHERINE WEST, JOHN DOE 1, JOHN DOE 2 Defendants. | Civil Action No. 11-1589 |

## ORDER

IT IS ORDERED that Spring A. Miller be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs Miriam Johana Mendivil Talamante and Aurora Mendivil Armenta in the above described action.

SO ORDERED on this, the ___2___ day of ___September___, 2011, Lafayette, Louisiana.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE