## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2011, I electronically filed Plaintiffs' Unopposed Motion for Leave to File Amended Complaint with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

John F. Wilkes, III
Joy C. Rabalais
Ray F. Lucas, III
Erin N. Hargrave
BORNE & WILKES, L.L.P.
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305

I further certify that on October 18, 2011, I served a copy of Plaintiffs' Unopposed Motion for Leave to File Amended Complaint, on counsel for Defendants L.T. West, Inc., James Craig West, Lucas Troy West, and Catherine West by first class mail to:

Greg Guidry
ONEBANE LAW FIRM
1200 Camellia Boulevard, Suite 300
Lafayette, Louisiana 70502-3507
guidryg@onebane.com

/s/ Caryn C. Lederer