UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARISELA VALDEZ HUERTA, CINDY ALEJANDRA CABRERA HUICHO, ISY ELIZABETH GONZALEZ VALENZUELA, PERLA YASMIN LAGARDA HUERTA, MARTA ICELA FLORES GAXIOLA, MIRIAM JOHANA MENDIVIL TALAMANTE, AURORA MENDIVIL ARMENTA<br><br>VERSUS<br><br>L. T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST, CATHERINE WEST, ROBERT MCGEE, LUCAS LAVERGNE | * CIVIL ACTION NO. 6:11-CV-01589<br>*<br>*<br>*<br>*<br>*<br>* JUDGE RICHARD T. HAIK, SR.<br>*<br>*<br>*<br>*<br>*<br>* MAGISTRATE JUDGE C. MICHAEL HILL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER TO COMPLAINT BY L.T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST AND CATHERINE WEST

NOW COMES, L. T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST AND CATHERINE WEST, hereinafter collectively referred to as "Defendants" who answer Plaintiffs' Complaint as follows:

#### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted, in whole or in part.

#### SECOND DEFENSE

All actions taken by Defendants were in good faith.

#### THIRD DEFENSE

Defendants assert that circumstances beyond their control, or "acts of God", affected the period of work available for Plaintiffs, thus making compliance with the alleged contract impossible.

3234168.1

## FOURTH DEFENSE

Some or all of the Plaintiffs failed to meet their obligations to Defendants pursuant to the H2A visa guidelines and any contract between the parties.

## FIFTH DEFENSE

Plaintiffs have waived their right to and/or are estopped from asserting all or some the claims included in the Complaint.

## SIXTH DEFENSE

Defendants assert all exemptions that may apply to the work of Plaintiffs made the subject of the Complaint.

## SEVENTH DEFENSE

Without admitting that they did, to the extent that any individual Defendants are found to have engaged in acts found to be unlawful, inappropriate or actionable, those acts were not approved or known by the other Defendants, and said acts were outside the proper course and scope of employment and/or were outside the scope of employment, thus negating any respondeat superior or vicarious liability by those Defendants not involved in said acts.

## EIGHT DEFENSE

No constitutional claims, or other claims limited to governmental actors, federal or state, can be asserted against Defendants, inasmuch as they are private citizens.

## NINTH DEFENSE

Defendants intended no harm to Plaintiffs in any of their actions taken.

## TENTH DEFENSE

Defendants engaged in no actions that were not welcomed, encouraged, and consented to by Plaintiffs.

3234168.1

### ELEVENTH DEFENSE

Plaintiffs have failed to exhaust their administrative remedies required as a condition precedent to bringing some of the claims herein, thus those claims are premature and must be dismissed.

### TWELFTH DEFENSE

One or more of Plaintiffs abandoned employment.

### THIRTEENTH DEFENSE

Defendants assert that no negligence, fault or strict liability can be imputed to them.

### FOURTEENTH DEFENSE

Defendants assert the defenses of comparative negligence and assumption of the risk.

### FIFTEENTH DEFENSE

Plaintiffs failed to mitigate their damages.

### SIXTEENTH DEFENSE

There is no justification for the award of punitive or exemplary damages against Defendants in this matter.

### SEVENTEENTH DEFENSE

Defendants plead all defenses and immunities provided to them by all federal immigration or work program statutes cited by Plaintiffs.

### EIGHTEENTH DEFENSE

Defendants never acted or failed to act in conspiracy with anyone to harm or violate any of the Plaintiffs' rights.

3234168.1

## RESPONSES TO SPECIFIC ALLEGATIONS OF COMPLAINT

And now, by way of further response to the allegations contained in the Complaint, and without waiving any of the foregoing defenses, Defendants state as follows:

1.

Except to deny that the action brought by Plaintiff's has any merit, Defendants admit the allegations of Paragraph 1 of the Complaint.

2.

With regard to the allegations of Paragraph 2 of the Complaint, Defendants admit the allegations of the first sentence, but deny the allegations contained in the second and third sentences.

3.

Defendants deny the allegations of Paragraph 3 of the Complaint.

4.

With regard to the allegations of Paragraph 4 of the Complaint, Defendants admit the nature of the action, but deny any violation of the laws referenced therein.

5.

Defendants admit the allegations of Paragraph 5 of the Complaint.

6.

Defendants deny the allegations of Paragraph 6 of the Complaint.

7.

Except to deny that certain events alleged ever occurred, Defendants admit the allegations of Paragraph 7 of the Complaint.

3234168.1

8.

Defendants admit the allegations of Paragraph 8 of the Complaint.

9.

Defendants admit the allegations of Paragraph 9 of the Complaint.

10.

Defendants admit the allegations of Paragraph 10 of the Complaint.

11.

Defendants admit the allegations of Paragraph 11 of the Complaint.

12.

Defendants admit the allegations of Paragraph 12 of the Complaint.

13.

Defendants admit the allegations of Paragraph 13 of the Complaint.

14.

With regard to the allegations of Paragraph 14 of the Complaint, Defendants deny the allegations of the first sentence, but admit the allegations of the second sentence.

15.

Defendants admit the allegations of Paragraph 15 of the Complaint.

16.

Defendants deny the allegations of Paragraph 16 of the Complaint for lack of sufficient information upon which to form a belief as to the truth thereof.

17.

Defendants deny the allegations of Paragraph 17 of the Complaint for lack of sufficient information upon which to form a belief as to the truth thereof.

18.

Defendants deny the allegations of Paragraph 18 of the Complaint, as stated.

19.

Defendants admit the allegations of Paragraph 19 of the Complaint.

20.

Defendants admit the allegations of Paragraph 20 of the Complaint.

21.

Defendants admit the allegations of Paragraph 21 of the Complaint.

22.

With regard to the allegations of Paragraph 22 of the Complaint, Defendants neither admit or deny same, since the content of the clearance order, Exhibit A to the Complaint, is the best evidence of what it states.

23.

Defendants deny the allegations of Paragraph 23 of the Complaint, as stated.

24.

Defendants deny the allegations of Paragraph 24 of the Complaint, as stated.

25.

Defendants deny the allegations of Paragraph 25 of the Complaint, as stated.

26.

Defendants deny the allegations of Paragraph 26 of the Complaint for lack of sufficient information upon which to form a belief as to the truth thereof.

27.

Defendants deny the allegations of Paragraph 27 of the Complaint for lack of sufficient information upon which to form a belief as to the truth thereof.

28.

Defendants deny the allegations of Paragraph 28 of the Complaint for lack of sufficient information upon which to form a belief as to the truth thereof.

29.

With regard to the allegations of Paragraph 29, Defendants admit the allegations of the first sentence, but deny the allegations of the second sentence for lack of sufficient information upon which to form a belief as to the truth thereof.

30.

Defendants admit the allegations of Paragraph 30 of the Complaint.

31.

Defendants deny the allegations of Paragraph 31 of the Complaint.

32.

Defendants admit the allegations of Paragraph 32 of the Complaint.

33.

Defendants admit the allegations of Paragraph 33 of the Complaint.

34.

Defendants admit the allegations of Paragraph 34 of the Complaint, except those referring to Paragraph 22, which refer to Exhibit A to the Complaint, which is the best evidence of what is stated therein.

35.

Defendants deny the allegations of Paragraph 35 of the Complaint.

36.

Defendants deny the allegations of Paragraph 36 of the Complaint for lack of sufficient information upon which to form a belief as to the truth thereof.

37.

Defendants deny the allegations of Paragraph 37 of the Complaint for lack of sufficient information upon which to form a belief as to the truth thereof.

38.

Defendants admit the allegations of Paragraph 38 of the Complaint.

39.

Defendants deny the allegations of Paragraph 39 of the Complaint for lack of sufficient information upon which to form a belief as to the truth thereof.

40.

Defendants deny the allegations of Paragraph 40 of the Complaint for lack of sufficient information upon which to form a belief as to the truth thereof.

41.

Defendants deny the allegations of Paragraph 41 of the Complaint, as stated.

42.

Defendants admit the allegations of Paragraph 42 of the Complaint, however, Defendants made it available for review by Plaintiffs, and Defendants do not know if Plaintiffs secured a copy of the clearance order from other sources.

43.

Defendants deny the allegations of Paragraph 43 of the Complaint, as stated.

44.

Defendants deny the allegations of Paragraph 44 of the Complaint.

45.

Defendants deny the allegations of Paragraph 45 of the Complaint.

46.

Defendants deny the allegations of Paragraph 46 of the Complaint, as stated.

47.

Defendants deny the allegations of Paragraph 47 of the Complaint.

48.

With regard to the allegations of Paragraph 48 of the Complaint, Defendants admit the allegations of the first sentence, but deny the allegations of the second, third, and fourth sentences.

49.

Defendants deny the allegations of Paragraph 49 of the Complaint.

50.

Defendants deny the allegations of Paragraph 50 of the Complaint.

51.

Defendants deny the allegations of Paragraph 51 of the Complaint.

52.

Defendants deny the allegations of Paragraph 52 of the Complaint.

53.

Defendants deny the allegations of Paragraph 53 of the Complaint.

54.

Defendants deny the allegations of Paragraph 54 of the Complaint, as stated.

55.

Defendants deny the allegations of Paragraph 55 of the Complaint.

56.

Defendants deny the allegations of Paragraph 56 of the Complaint, as stated.

57.

Defendants deny the allegations of Paragraph 57 of the Complaint.

58.

Defendants deny the allegations of Paragraph 58 of the Complaint, as stated.

59.

Defendants deny the allegations of Paragraph 59 of the Complaint for lack of sufficient information upon which to form a belief as to the truth thereof.

60.

Defendants deny the allegations of Paragraph 60 of the Complaint.

61.

Defendants deny the allegations of Paragraph 61 of the Complaint.

62.

Defendants deny the allegations of Paragraph 62 of the Complaint.

63.

Defendants deny the allegations of Paragraph 63 of the Complaint.

3234168.1

64.

Defendants deny the allegations of Paragraph 64 of the Complaint.

65.

Defendants deny the allegations of Paragraph 65 of the Complaint.

66.

Defendants deny the allegations of Paragraph 66 of the Complaint.

67.

Defendants deny the allegations of Paragraph 67 of the Complaint.

68.

Defendants deny the allegations of Paragraph 68 of the Complaint.

69.

Defendants deny the allegations of Paragraph 69 of the Complaint.

70.

Defendants deny the allegations of Paragraph 70 of the Complaint.

71.

Defendants deny the allegations of Paragraph 71 of the Complaint.

72.

Defendants deny the allegations of Paragraph 72 of the Complaint for lack of sufficient information upon which to form a belief as to the truth thereof.

73.

Defendants deny the allegations of Paragraph 73 of the Complaint.

74.

Defendants deny the allegations of Paragraph 74 of the Complaint.

75.

Defendants deny the allegations of Paragraph 75 of the Complaint.

76.

Defendants deny the allegations of Paragraph 76 of the Complaint.

77.

Defendants deny the allegations of Paragraph 77 of the Complaint.

78.

Defendants admit the allegations of Paragraph 78 of the Complaint.

79.

With regard to the allegations of Paragraph 79 of the Complaint, Defendants admit the allegations of the first sentence, but deny the allegations of the second sentence based on information and belief.

80.

Defendants deny the allegations of Paragraph 80 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

81.

Defendants deny the allegations of Paragraph 81 of the Complaint, as stated.

82.

Defendants deny the allegations of Paragraph 82 of the Complaint, as stated.

83.

Defendants deny the allegations of Paragraph 83 of the Complaint.

3234168.1

84.

Defendants deny the allegations of Paragraph 84 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

85.

Defendants deny the allegations of Paragraph 85 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

86.

Defendants deny the allegations of Paragraph 86 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

87.

Defendants deny the allegations of Paragraph 87 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

88.

Defendants deny the allegations of Paragraph 88 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

89.

Defendants deny the allegations of Paragraph 89 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

90.

Defendants deny the allegations of Paragraph 84 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

3234168.1

91.

Defendants deny the allegations of Paragraph 91 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

92.

Defendants deny the allegations of Paragraph 92 of the Complaint, as stated.

93.

Based on information and belief, Defendants admit the allegations of Paragraph 93 of the Complaint.

94.

Defendants deny the allegations of Paragraph 94 of the Complaint.

95.

Defendants deny the allegations of Paragraph 95 of the Complaint, as stated.

96.

With regard to the allegations of Paragraph 96 of the Complaint, Defendants admit the allegations of the first sentence, but deny the allegations of the second sentence.

97.

Defendants deny the allegations of Paragraph 97 of the Complaint, as stated.

98-102.

Defendants deny the allegations of Paragraphs 98-102 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

103.

Defendants deny the allegations of Paragraph 103 of the Complaint.

104.

Defendants deny the allegations of Paragraph 104 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

105.

Defendants deny the allegations of Paragraph 105 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

106.

Defendants admit the allegations of Paragraph 106 of the Complaint.

107.

Defendants deny the allegations of Paragraph 107 of the Complaint, as stated.

108.

Defendants deny the allegations of Paragraph 108 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

109.

Defendants deny the allegations of Paragraph 109 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

110.

Defendants deny the allegations of Paragraph 110 of the Complaint based on lack of sufficient information upon which to form a belief as to the truth thereof.

111.

Defendants deny the allegations of Paragraph 111 of the Complaint, as stated.

112-209.

Defendants deny the allegations of Paragraphs 112-209 of the Complaint.

3234168.1

WHEREFORE, premises considered, Defendants L. T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST AND CATHERINE WEST, pray that this Answer to the Complaint be deemed good and sufficient and that after the lapse of all legal delays are had, that there be judgment rendered in their favor, dismissing Plaintiffs' claims, at Plaintiffs' costs. Defendants also request that they be awarded their attorneys fees by the Court in having to defend any allegations of the Complaint that are found to be frivolously brought by all or some of the Plaintiffs.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted,

ONEBANE LAW FIRM

BY: /s/ *GREG GUIDRY*
GREG GUIDRY (#6489)
E-mail: guidryg@onebane.com
1200 Camellia Boulevard, Suite 300 (70508)
Post Office Box 3507
Lafayette, LA 70502
Telephone: (337) 237-2660
Facsimile: (337) 266-1232

ATTORNEYS FOR DEFENDANTS
L. T. WEST, INC., JAMES CRAIG WEST
AND CATHERINE WEST

3234168.1

## **C E R T I F I C A T E**

I HEREBY CERTIFY that on November 23, 2011, a copy of Answer to Complaint by L. T. West, Inc., James Craig West, Lucas Troy West and Catherine West was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                   */s/GREG GUIDRY*
                                                   GREG GUIDRY

3234168.1