UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARISELA VALDEZ HUERTA, CINDY ALEJANDRA CABRERA HUICHO, ISY ELIZABETH GONZALEZ VALENZUELA, PERLA YASMIN LAGARDA HUERTA, MARTA ICELA FLORES GAXIOLA, MIRIAM JOHANA MENDIVIL TALAMANTE, AURORA MENDIVIL ARMENTA<br><br>VERSUS<br><br>L. T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST, CATHERINE WEST, ROBERT MCGEE, LUCAS LAVERGNE | * CIVIL ACTION NO. 6:11-CV-01589<br>*<br>*<br>*<br>*<br>*<br>*<br>* JUDGE RICHARD T. HAIK, SR.<br>*<br>*<br>*<br>*<br>*<br>* MAGISTRATE JUDGE C. MICHAELHILL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANSWER TO SECOND AMENDED COMPLAINT
BY L.T. WEST, INC., JAMES CRAIG WEST,
LUCAS TROY WEST AND CATHERINE WEST**

NOW COMES, L. T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST AND CATHERINE WEST, hereinafter collectively referred to as "Defendants," who in response to the Second Amended Complaint filed by Plaintiffs herein, state as follows:

1.

Defendants hereby restate and incorporate by reference, as if fully stated herein, all of the Defenses, and all of the responses to the specific allegations of the Original Complaint (which are identical to those asserted in the Second Amended Complaint insofar as these Defendants are concerned) contained in their Answer to the original Complaint already filed with the Court.

2.

Although Defendants' reading of the Second Amended Complaint indicate that allegations contained in the numbered paragraphs therein are essentially identical in all relevant respects to the allegations in the numbered paragraphs contained in the original Complaint with regard to these Defendants, simply adding allegations against the Defendant Town of Mamou, to the extent that the Second Amended Complaint adds allegations against these Defendants not already responded to in Defendants' Answer to the original Complaint, all of those additional allegations are hereby denied in their entirety.

WHEREFORE, premises considered, Defendants L. T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST AND CATHERINE WEST, pray that this Answer to the Second Amended Complaint be deemed good and sufficient and that after the lapse of all legal delays are had, that there be judgment rendered in their favor, dismissing Plaintiffs' claims, at Plaintiffs' costs. Defendants also request that they be awarded their attorneys fees by the Court in having to defend any allegations of the Complaint that are found to be frivolously brought by all or some of the Plaintiffs.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

3236141.1

Respectfully submitted,

ONEBANE LAW FIRM

BY:   /s/ *GREG GUIDRY*
     GREG GUIDRY (#6489)
     E-mail: guidryg@onebane.com
     1200 Camellia Boulevard, Suite 300 (70508)
     Post Office Box 3507
     Lafayette, LA 70502
     Telephone: (337) 237-2660
     Facsimile: (337) 266-1232

     ATTORNEYS FOR DEFENDANTS
     L. T. WEST, INC., JAMES CRAIG WEST
     AND CATHERINE WEST

## CERTIFICATE

I HEREBY CERTIFY that on December 7, 2011, a copy of Answer to Second Amended Complaint by L. T. West, Inc., James Craig West, Lucas Troy West and Catherine West was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                    /s/GREG GUIDRY
                    GREG GUIDRY

3236141.1