UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARISELA VALDEZ HUERTA, CINDY ALEJANDRA CABRERA HUICHO, ISY ELIZABETH GONZALEZ VALENZUELA, PERLA YASMIN LAGARDA HUERTA, MARTA ICELA FLORES GAXIOLA, MIRIAM JOHANA MENDIVIL TALAMANTE, AURORA MENDIVIL ARMENTA | * CIVIL ACTION NO. 6:11-CV-01589 * * * * * * JUDGE RICHARD T. HAIK, SR. * |
| VERSUS | * * |
| L. T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST, CATHERINE WEST, ROBERT MCGEE, LUCAS LAVERGNE | * * * MAGISTRATE JUDGE C. MICHAELHILL |

*************************************************************************

## ANSWER TO THIRD AMENDED COMPLAINT BY L.T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST AND CATHERINE WEST

NOW COMES, L. T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST AND CATHERINE WEST, hereinafter collectively referred to as "Defendants," who in response to the Third Amended Complaint filed by Plaintiffs herein, state as follows:

1.

Defendants hereby restate and incorporate by reference, as if fully stated herein, all of the Defenses, and all of the responses to the specific allegations of the original Complaint contained in their Answer to the original Complaint already filed with the Court.

2.

According to the Plaintiffs' Unopposed Motion for Leave to File Third Amended Complaint (Rec. Doc. 77), their Third Amended Complaint "does not add any new factual

allegations or any new causes of action," but was filed "simply to clarify their theories of the case under their existing claims." (Rec. Doc. 77, at page 2).

3.

Although Defendants' reading of the Third Amended Complaint indicates that the factual allegations in paragraphs 1 through 160 therein are essentially identical in all relevant respects to the factual allegations contained in paragraphs 1 through 160 of the original Complaint, to the extent that paragraphs 1 through 160 of the Third Amended Complaint add factual allegations against these Defendants not already responded to in Defendants' Answer to the original Complaint, all of those additional allegations are hereby denied in their entirety.

4.

According to Defendants' reading of the Third Amended Complaint, there is only one additional paragraph contained therein that is not contained in the original Complaint, specifically, the paragraph numbered 161. Defendants deny the allegations of paragraph 161 of the Third Amended Complaint for lack of sufficient information in which to justify a belief therein.

5.

Finally, although Defendants' reading of paragraphs 162 through 219 of the Third Amended Complaint indicate that the factual allegations contained therein are essentially identical in all relevant respects to the factual allegations contained in paragraphs 161 through 218 of the original Complaint, to the extent that paragraphs 162 through 219 of the Third Amended Complaint add any factual allegations not already responded to in Defendants' Answer to the original Complaint, all of those additional allegations are hereby denied in their entirety.

WHEREFORE, premises considered, Defendants L. T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST AND CATHERINE WEST, pray that this Answer to the Third Amended Complaint be deemed good and sufficient and that after the lapse of all legal delays are had, that there be judgment rendered in their favor, dismissing Plaintiffs' claims, at Plaintiffs' costs. Defendants L. T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST AND CATHERINE WEST, also request that they be awarded their attorneys fees by the Court in having to defend any allegations of the Complaint that are found to be frivolously brought by all or some of the Plaintiffs.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, ETC.

Respectfully submitted,

ONEBANE LAW FIRM

BY: /s/ *MARIA FABRE MANUEL*
MARIA FABRE MANUEL (LA #24540)
E-mail: manuelm@onebane.com
1200 Camellia Boulevard, Suite 300 (70508)
Post Office Box 3507
Lafayette, LA 70502
Telephone: (337) 237-2660
Facsimile: (337) 266-1232

ATTORNEYS FOR DEFENDANTS
L. T. WEST, INC., JAMES CRAIG WEST
AND CATHERINE WEST

3241365.1

## CERTIFICATE

I HEREBY CERTIFY that on March 2, 2012, a copy of Answer to Third Amended Complaint by L. T. West, Inc., James Craig West, Lucas Troy West and Catherine West was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/MARIA FABRE MANUEL
MARIA FABRE MANUEL

3241365.1