UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MARISELA VALDEZ HUERTA, ET AL : | |
| VERSUS : | CIVIL ACTION NO.: 6:11-CV-01589 |
| L. T. WEST, INC., ET AL : | JUDGE HAIK, MAG. JUDGE HILL |

## MOTION TO SEAL UNREDACTED EXHIBIT
## AND TO SUBSTITUTE REDACTED EXHIBIT

NOW INTO COURT, through undersigned counsel, come defendants, ROBERT MCGEE, INDIVIDUALLY; LUCAS LAVERGNE, INDIVIDUALLY; and the TOWN OF MAMOU, who, for the reasons outlined below, respectfully request that the Exhibits attached to Court Doc. #96-1 be placed under seal, as there was one instance wherein a personal identifier was inadvertently omitted from the redaction process, and that the Court place that copy of the Exhibits filed under Seal and substitute in its place, the fully redacted copy of the Exhibits in compliance with Local Rule 5.7.12(e). In any event, the failure to redact a prior address of the plaintiff in this matter should not be deemed in any form or fashion a violation of the Local Rules, as plaintiffs themselves (who are now seeking to prevent defendants from obtaining current residential information) admitted in the proces verbal that it was an old address and that's why they did not redact it from production to begin with (see page 36 of the Proces Verbal, attached to Court Doc. #96-1 as Exhibit "D"). However, out of an abundance of caution, defendants are resubmitting their Exhibits to be in compliance with the local rules, as well as the request plaintiffs' counsel.

In any event, to be utterly and completely compliant with the Local Rules, defendants pray that this Motion be granted and that their unredacted Exhibits be placed under seal and substituted by the redacted Exhibits.

AND FOR ALL JUST AND EQUITABLE RELIEF, ETC.

BORNE & WILKES, L.L.C.

BY:     S/John F. Wilkes, III
    JOHN F. WILKES, III (Bar Roll #01644), T.A.
    JOY C. RABALAIS (Bar Roll #26476)
    RAY F. LUCAS, III (Bar Roll #27558)
    ERIN N. HARGRAVE (Bar Roll #32459)
    TONYA R. SMITH (Bar Roll #30065)
    200 West Congress Street, Suite 1000
    Post Office Box 4305
    Lafayette, Louisiana 70502-4305
    Telephone: (337) 232-1604 Ext. 201
    Facsimile: (337) 232-1837
    E-mail: wilkes@bornewilkes.com

ATTORNEYS FOR ROBERT MCGEE, INDIVIDUALLY; LUCAS LAVERGNE, INDIVIDUALLY; and the TOWN OF MAMOU

## CERTIFICATE

I HEREBY CERTIFY that on July 17, 2012, a copy of the foregoing Motion to Seal Unreadacted Exhibit and Substitute Redacted Exhibit was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. Jose J. Behar, Ms. Nancy Picard, Mr. Matthew J. Piers, Ms. Juliet Berger-White, Ms. Spring Miller, Ms. Stacie Leigh Jonas, Ms. Caryn C. Lederer, Ms. Maria Manuel, and Mr. Greg Guidry by operation of the court's electronic filing system.

S/John F. Wilkes, III
JOHN F. WILKES, III (Bar Roll #01644)
BORNE & WILKES, L.L.C.
Attorney for Defendants