UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**MARISELA VALDEZ HUERTA ET AL**   **CASE NO.   6:11-CV-1589**

vs.   **JUDGE HAIK**

**WEST INC ET AL**   **MAGISTRATE JUDGE HILL**

## MINUTES OF COURT
## MOTION HEARING

Date:   7/18/2012
Court Opened: 10:15 a.m.
Court Adjourned: 11:35 a.m.
**Statistical Time:  01:20**

Presiding: Magistrate. Judge Hill
Courtroom Deputy: Molly Davenport
Court Reporter: LaRae Bourque

**APPEARANCES:**
Jose Behar and Juliet Berger-White for the plaintiffs.
Stacie Leigh Jonas (by telephone) as additional counsel for the plaintiff Miriam Johana Mendivil Talamante
Maria Manual for the defendants L. T. West, Inc., James Craig West, Lucas Troy West, and Catherine West.
John Wilkes and Joy Rabalais for the defendants Robert McGee, Lucas Lavergne and the Town of Mamou

| CASE CALLED FOR: | FILINGS: |
|---|---|
| X  Hearing on Motion record document number 91 | X  Witness List |

**COMMENTS:**

[rec doc 98] MOTION to Seal Document [96] Memorandum in Opposition to Motion Unredacted Exhibit and to Substitute Redacted Exhibit filed by Lucas Lavergne, Town of Mamou, Robert McGee, is hereby GRANTED.

IT IS ORDERED the Clerk of Court SEAL the Exhibits filed as [rec doc 96-1] MEMORANDUM in Opposition re [91] MOTION for Protective Order and Costs filed by Lucas Lavergne, Town of Mamou, Robert McGee. (Attachments: # 1 Exhibit).

The Court, after hearing argument on [91] Motion for Protective Order, GRANTED the Motion. IT IS ORDERED THAT a Joint Proposed Protective Order be submitted to the Court within 10 days.

The Court, after hearing argument on [91] Motion for Attorneys Fees/Costs, DENIED the Motion.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE