UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MARISELA VALDEZ HUERTA, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | No. 6:11-cv-01589 |
| ) | |
| v. ) | Judge Haik |
| ) | Magistrate Judge Hill |
| **L.T. WEST, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiffs Marisela Valdez Huerta, Cindy Alejandra Cabrera Huicho, Isy Gonzalez Valenzuela, Perla Lagarda Huerta, Martha Flores Gaxiola, Miriam Mendivil Talamante, and Aurora Mendivil Armenta (collectively, "Plaintiffs"), Defendants L.T. West, Inc., James Craig West, Lucas Troy West, Catherine West (the "West Defendants"), and Defendants Robert McGee, Lucas Lavergne, and the Town of Mamou (the "Mamou Defendants") (collectively, "Defendants"), by agreement, hereby move, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for entry of an Agreed Protective Order that will provide for confidentiality of designated categories of information ("Agreed Protective Order") in the above-captioned case. In support of their motion, the parties state as follows:

1. In this lawsuit, Plaintiffs bring claims pursuant to the Fair Labor Standards Act, the Trafficking Victims Protection Reauthorization Act of 2003, federal civil rights laws, the Louisiana Constitution, and Louisiana contract and tort law.

2. On June 14, 2012, Plaintiffs filed a Motion for Protective Order and Costs seeking to protect plaintiffs' current home addresses, plaintiffs' current employers' names and addresses, and information that could reveal the immigration status of Plaintiffs and

witnesses (other than immigration status derived from H-2A employment at L.T. West, Inc.). [Dkt. No. 91].

3. On July 18, 2012, this Court granted in part and denied in part Plaintiffs' Motion for a Protective Order and Costs and ordered that the names and addresses of Plaintiffs' current employers and information that could reveal the immigration status of Plaintiffs and witnesses (other than immigration status derived from H-2A employment at L.T. West, Inc.) are protected from discovery. The Court also ordered that Plaintiffs' home addresses shall be designated as "Attorneys' Eyes Only" and subject to the restrictions set forth in the Joint Proposed Order on Plaintiffs' Motion for Protective Order and Costs. [Dkt. No. 104].

4. In addition to the issues addressed in Plaintiffs' Motion for Protective Order and Costs, the parties recognize that discovery in this action will require production and disclosure of documents and information that one or more parties regard as sensitive financial, medical, or personal information and that such issues are not addressed in the parties' Joint Proposed Order on Plaintiffs' Motion for a Protective Order.

5. As a result, the parties have agreed to the Protective Order attached as Exhibit A, which defines "Confidential Information" as "(a) information protected from disclosure by statute; (b) tax returns, financial statements, or the assets, revenue, or income of any party; (c) medical information concerning any individual; and (d) social security numbers, taxpayer identification numbers, Clave Única de Registro de Población ('CURP') numbers, home addresses (except for plaintiffs' home addresses which are governed by the Court's ruling of July 18, 2012 on Plaintiffs' Motion for Protective Order and Costs), and financial account numbers." Exhibit A at ¶2.

6. The Agreed Protective Order permits its terms to be modified by the Court on its own initiative or on motion of a party. Exhibit A at ¶10.

**WHEREFORE,** for the reasons stated above, the parties respectfully request that this Court enter the Agreed Protective Order attached as Exhibit A.

Dated: July 31, 2012

Respectfully Submitted,

/s/ Nancy Picard

Nancy Picard
Louisiana Bar No. 19449
npicard@ruspclaw.com
ROBEIN, URANN, SPENCER,
PICARD & CANGEMI, APLC
2540 Severn Avenue, Suite 400
Metairie, Louisiana 70002
Telephone: 504.885.9994
Fax: 504.885.9969

*Local Counsel*

/s/ Stacie Jonas

Stacie Jonas
Tennessee Bar No. 027334
sjonas@trla.org

Spring Miller
Tennessee Bar No. 026485
smiller@trla.org

SOUTHERN MIGRANT LEGAL
SERVICES A PROJECT OF TEXAS
RIOGRANDE LEGAL AID, INC.
311 Plus Park Blvd. Ste. 135
Nashville, TN 37217
Telephone: (615) 750-1200
Fax: (615) 366-3349

*Attorneys for Plaintiffs Miriam Johana Mendivil Talamante and Aurora Mendivil Armenta, Only*

/s/ Juliet Berger-White

One of the Attorneys for Plaintiffs
Matthew J. Piers
Illinois Bar No. 2206161
mpiers@hsplegal.com
José J. Behar
Illinois Bar No. 6203727
jbehar@hsplegal.com
Juliet Berger-White
Illinois Bar No. 6269404
jberger-white@hsplegal.com
Caryn C. Lederer
Illinois Bar No. 6304495
clederer@hsplegal.com

HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Telephone: (312) 580-0100
Fax: (312) 580-1994

*Attorneys for Plaintiffs Marisela Valdez Huerta, Cindy Alejandra Cabrera Huicho, Isy Elizabeth Gonzalez Valenzuela, Perla Yasmin Lagarda Huerta, and Marta Icela Flores Gaxiola*

| /s/ Maria Fabre Manuel | /s/ Joy C. Rabalais |
|---|---|

Maria Fabre Manuel
Louisiana Bar No. 24540
manuelm@onebane.com
Greg Guidry
Louisiana Bar No. 6489
guidryg@onebane.com

ONEBANE LAW FIRM
1200 Camellia Boulevard, Suite 300
Post Office Box 3507
Lafayette, Louisiana 70502-3507
Telephone: (337) 237-2660
Facsimile: (337) 266-1232

*Attorney for Defendants L.T. West, James Craig West, Lucas Troy West and Catherine West*

John F. Wilkes, III
Louisiana Bar No. 01644
wilkes@bornewilkes.com
Joy C. Rabalais
Louisiana Bar No. 26476
rabalais@bornewilkes.com
Ray F. Lucas, III
Louisiana Bar No. 27558
Erin N. Hargrave
Louisiana Bar No. 32459

BORNE & WILKES, L.L.P.
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 224
Facsimile: (337) 232-1837

*Attorneys for Defendants Robert McGee, Lucas Lavergne, and Town of Mamou*

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2012, I electronically filed the attached document with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

John F. Wilkes, III
Joy C. Rabalais
Ray F. Lucas, III
Erin N. Hargrave
BORNE & WILKES, L.L.P.
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305

Greg Guidry
Maria F. Manuel
ONEBANE LAW FIRM
P.O. Box 3507
Lafayette, Louisiana 70502-3507

Spring Miller
Stacie Jonas
SOUTHERN MIGRANT LEGAL SERVICES A PROJECT OF TEXAS RIOGRANDE LEGAL AID, INC.
311 Plus Park Blvd. Ste. 135
Nashville, TN 37217


　　　　　　　　　　　　　　　　　　　　　　　_/s/ Juliet Berger-White_