UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AT LAFAYETTE

| | |
|---|---|
| MARISELA VALDEZ HUERTA, CINDY ALEJANDRA CABRERA HUICHO, ISY ELIZABETH GONZALEZ VALENZUELA, PERLA YAZMIN LAGARDA HUERTA, MARTHA ICELA FLORES GAXIOLA, MIRIAM JOHANA MENDIVIL TALAMANTE, AURORA MENDIVIL ARMENTA, <br><br>   Plaintiffs, <br><br> v. <br><br> L.T. WEST, INC., JAMES CRAIG WEST, LUCAS TROY WEST, CATHERINE WEST, ROBERT MCGEE, LUCAS LAVERGNE, TOWN OF MAMOU <br><br>   Defendants. | No. 6:11-cv-01589-RTH-CMH <br><br> Judge Haik <br><br> Magistrate Judge Hill |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Marisela Valdez Huerta, Cindy Alejandra Cabrera Huicho, Isy Elizabeth Gonzalez Valenzuela, Perla Yazmin Lagarda Huerta, Martha Icela Flores Gaxiola, Miriam Johana Mendivil Talamante, and Aurora Mendivil Armenta and L.T. West, Inc., James Craig West, Lucas Troy West, Catherine West, Robert McGee, Lucas Lavergne, and the Town of Mamou, by and through their respective counsel, that the Original, First Amended, Second Amended, and Third Amended Complaints are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in accordance with the settlement agreement reached by the parties.

Dated:  February 13, 2013

                              Respectfully Submitted,

/s/ Juliet Berger-White
One of the Attorneys for Plaintiffs
Matthew J. Piers
Illinois Bar No. 2206161
mpiers@hsplegal.com
José J. Behar
Illinois Bar No. 6203727
jbehar@hsplegal.com
Juliet Berger-White
Illinois Bar No. 6269404
jberger-white@hsplegal.com
Caryn C. Lederer
Illinois Bar No. 6304495
clederer@hsplegal.com

HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison Street, Suite 4000
Chicago, IL 60602
Telephone: (312) 580-0100
Fax: (312) 580-1994

*Attorneys for Plaintiffs Marisela Valdez Huerta, Cindy Alejandra Cabrera Huicho, Isy Elizabeth Gonzalez Valenzuela, Perla Yazmin Lagarda Huerta, and Martha Icela Flores Gaxiola*

/s/ Nancy Picard
Nancy Picard
Louisiana Bar No. 19449
npicard@ruspclaw.com
ROBEIN, URANN, SPENCER, PICARD & CANGEMI, APLC
2540 Severn Avenue, Suite 400
Metairie, Louisiana 70002
Telephone: 504.885.9994
Fax: 504.885.9969

*Local Counsel*

/s/ Stacie Jonas
Spring Miller
Tennessee Bar No. 026485
smiller@trla.org
Stacie Jonas
Tennessee Bar No. 027334
sjonas@trla.org

SOUTHERN MIGRANT LEGAL SERVICES
A PROJECT OF TEXAS RIOGRANDE LEGAL AID, INC.
311 Plus Park Blvd. Ste. 135
Nashville, TN 37217
Telephone: (615) 750-1200
Fax: (615) 366-3349

*Attorneys for Plaintiffs Miriam Johana Mendivil Talamante and Aurora Mendivil Armenta, Only*

/s/ Maria Manuel
Greg Guidry
Louisiana Bar No. 6489
guidryg@onebane.com
Maria Manuel
Louisiana Bar No. 24540
manuelm@onebane.com
ONEBANE LAW FIRM
1200 Camellia Boulevard, Suite 300
Lafayette, Louisiana 70502-3507

*Attorneys for L.T. West, Inc., James Craig West, Lucas Troy West, Catherine West*

/s/ Joy C. Rabalais
John F. Wilkes, III
Louisiana Bar No. 01644
wilkes@bornewilkes.com
Joy C. Rabalais
Louisiana Bar No. 26476
rabalais@bornewilkes.com

Ray F. Lucas, III
Louisiana Bar No. 27558
lucas@bornewilkes.com
Erin N. Hargrave
Louisiana Bar No. 32459
hargrave@bornewilkes.com

BORNE & WILKES, L.L.P.
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305

*Attorneys for Robert McGee, Lucas Lavergne, and the Town of Mamou*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2013, I electronically filed the attached document with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:


John F. Wilkes, III
Joy C. Rabalais
Ray F. Lucas, III
Erin N. Hargrave
BORNE & WILKES, L.L.P.
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
wilkes@bornewilkes.com
rabalais@bornewilkes.com
lucas@bornewilkes.com
hargrave@bornewilkes.com


Greg Guidry
Maria F. Manuel
ONEBANE LAW FIRM
P.O. Box 3507
Lafayette, Louisiana 70502-3507
guidryg@onebane.com
manuelm@onebane.com

/s/ Juliet Berger-White