

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| Huerta | Civil Action No. 11-cv-01589 |
| versus | Judge Richard T. Haik, Sr. |
| LT West, Inc., et al | Magistrate Judge C. Michael Hill |

## JUDGMENT OF FINAL DISMISSAL

The parties having jointly filed a Stipulation of Dismissal With Prejudice, *R. 120*,

**IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**, in accordance with the settlement agreement reached by the parties.

**THUS DONE AND SIGNED** on this 24th day of July, 2013 in Lafayette, Louisiana.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE